WEBSTER F. WILLIAMS, as Ancillary Administrator in the State of New York of the Goods, Chattels and Credits Which Were of LENA POST, Deceased, Respondent, v. THEODORE NEWHOUSE, Appellant, and Others, Defendants.— Action to foreclose a mortgage. Appeal from an order granting a motion directing appellant's attorney to accept service of a copy of an amended complaint. In effect, the motion was for leave to serve an amended complaint. Order affirmed, with ten dollars costs and disbursements, with leave to appellant to answer within ten days from the entry of the order hereon. No opinion. The court does not pass upon the merits of the pleading. (*Doyle* v. *Chatham & Phenix National Bank*, 219 App. Div. 522.) Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.

HERMAN BLOOM, Respondent, v. THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant.— Action for rescission of a release and reinstatement of a policy of life insurance. On argument, order vacating defendant's demand for a bill of particulars reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, unless plaintiff, within five days from the entry of the order hereon, stipulate that the testimony given by him upon his examination before trial be deemed to be a bill of particulars; in which event the order is affirmed, without costs. Lazansky; P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

## (October 22, 1940.)

In the Matter of the Petition of ABRAHAM KLEIN, to Compel LILLIAN C. KLEIN to Render and Settle Her Account as Administratrix with the Will Annexed of the Estate of LOUIS KLEIN, Deceased. FLORENCE KLEIN, Appellant; LILLIAN C. KLEIN, as Administratrix C. T. A. of LOUIS KLEIN, Deceased, Respondent.— On argument, order of the Surrogate's Court of Kings County denying appellant's application to compel the administratrix c. t. a. to render and settle her account reversed on the law and the facts, with ten dollars costs and disbursements, payable out of the estate, and application granted, without costs, to the extent of directing that the respondent, within thirty days from the entry of the order hereon, file an intermediate account. In view of the nature of the assets of the estate and the fact that some of them have not been sold, the respondent cannot make a final accounting; but as sixteen months have elapsed since the issuance of letters of administration, the respondent should file an intermediate account. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.